JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                    Plaintiff,  )<br>            v.             )<br>ROBERT LEROY MARTINSON,    )<br>                    Defendant. ) | CASE NO. CR 06-112 JLR<br><br>ORDER |

This Court having considered the stipulation of the parties hereby GRANTS the parties' request for a continuance of the Pretrial Motions cutoff date. For the reasons stated in their stipulation, the parties' desire to continue to engage in plea discussions, the complexity of the case, the number witnesses, and the interest of the public in ensuring the accused adequate, effective, and continued representation by counsel presently assigned, this Court finds that the ends of justice served by granting a continuance of the Pretrial Motions cutoff date.

\\
\\

ORDER — 1

*United States v. Robert Leroy Martinson*, Case No. CR 06-112 JLR

1  The parties motion for continuance is GRANTED.  The Pretrial Motions cutoff
2  date is reset for June 15, 2006.
3
4  Dated this 25th day of May, 2006.
5
6  [signature]
7  JAMES L. ROBART
   United States District Judge
8
9
10 Presented by:
11 *s/ John J. Lulejian*
   JOHN J. LULEJIAN
12 Assistant United States Attorney
   United States Attorney's Office
13 700 Union Street, Suite 5220
   Seattle, Washington 98101-1270
14 Telephone:  (206) 553-7970
15 Facsimile:   (206) 553-0755
   E-mail: John.Lulejian@usdoj.gov
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER — 2

*United States v. Robert Leroy Martinson*, Case No. CR 06-112 JLR

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970